## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TIMMY W. SMITH, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08-4050-JAR |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| Defendant. ) | |

### ORDER ADOPTING RECOMMENDATION AND REPORT

Ten days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge Donald W. Bostwick, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED** that the decision of the Commissioner be reversed, and that the case be remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further proceedings in accordance with the March 23, 2009 Recommendation and Report (Doc. 15).

**IT IS SO ORDERED**.

Dated: **April 9, 2009**

 S/ Julie A. Robinson
 **JULIE A. ROBINSON**
 **UNITED STATES DISTRICT JUDGE**